October 19, 2015

Mr. Abel Acosta

Clerk, Court of Criminal Appeals of Texas

P.O. Box 12308

Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 26 2015
Abel Acosta, Clerk

RE: Benjamin Elias v. The State of Texas;
    CCA No. PD-0820-15;
    Ex Parte Benjamin Elias;
    WR-83,446-01;
    Notices of Change of Address.

DEAR MR. ACOSTA:

    Please find enclosed two (2) di original Notices of Change of Address, one for each of the two (2) above-listed cause numbers.
    Should you have any questions or need additional information, please do not hesitate to contact me at the address below. Thank you in advance for your time and consideration of this matter.

                    Respectfully,
                    Benjamin Elias
                    Benjamin Elias, pro se
                    TDCJ-ID No. 819778
                    Fort Stockton Unit
                    1536 I-10 E
                    Fort Stockton, Texas 79735

Attchmnts: Notice of Change of Address × (2) two
cc. file                                    [1 of 1]

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

Ex Parte Benjamin Elias

Cause No. 970D11232-243-01

Trial Cause No. 970D11232

El Paso County, Texas

NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE CLERK OF SAID COURT:

COMES NOW, Benjamin Elias, Applicant, pro se, and hereby notifies this Court of a change of address. IN SUPPORT THEREOF, Applicant will show the Court the following:

I.

~~Plain~~ Applicant's previous mailing address was as follows:

El Paso County Detention Facility Annex
12501 Montana
El Paso, Texas 79938.

Applicant no longer resides at this facility.

[1 of 3]

## II.

~~Plaintiff's~~ Applicant's current address is as follows:

Fort Stockton Unit
1536 I-10 E
Fort Stockton, Texas 79735.

~~Plaintiff's~~ Applicant's current mailing address is effective immediately.

### Prayer

Wherefore, PREMISES CONSIDERED, A Applicant humbly prays that this notice suffice to alert the Court of his change of address.

Respectfully submitted,

Benjamin Elias

Benjamin Elias, pro se
TDCJ-ID No. 819778
Fort Stockton Unit
1536 I-10 E
Fort Stockton, Texas 79735

## Certificate of Service

I, Benjamin Elias, Applicant, pro se, hereby certify that a true and correct copy of the above and foregoing Notice of Change of Address has been forwarded by U.S. Mail, postage paid, first class mail, to Tom Darnold, El Paso County District Attorney's Office, Appellate Division, El Paso County Courthouse, 500 E. San Antonio St., 2nd Floor, El Paso, Texas 79901-2420; and Ms. Norma Favela, District Clerk, El Paso County Texas, El Paso County Courthouse, 500 E. San Antonio, El Paso, Texas 79901 on this the 19th day of October 2015.

_Benjamin Elias_
Benjamin Elias, pro se